UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SHONDA R. HANNAH,

                                 Plaintiff,

                                                                           DECISION AND ORDER

                                                                           08-CV-6567L

                   v.

ONE COMMUNICATIONS CORP.,

                                 Defendant.
_____

This Court referred pretrial motions to United States Magistrate Judge Marian W. Payson pursuant to 28 U.S.C. § 636. The *pro se* plaintiff moved to amend her complaint and to join three new party plaintiffs. Defendant opposed both motions. Magistrate Judge Payson issued a Report and Recommendation (Dkt. #31) on December 9, 2009 recommending that the district court deny both aspects of plaintiff's motion to amend. No objections have been filed to the Report and Recommendation.

I agree with Magistrate Judge Payson's analysis of the facts and the law and her decision is not clearly erroneous. Therefore, I accept and adopt the Report and Recommendation and deny plaintiff's motion to amend (Dkt. #18).

CONCLUSION

I accept and adopt the Report and Recommendation of United States Magistrate Judge Marian W. Payson (Dkt. #31).

I deny plaintiff's motion to amend her complaint.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
      January 6, 2010.